# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133636

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

             SC: 133636
             COA: 276465
             Ottawa CC: 03-027735-FH

TEDDY LAWRENCE TURIC,
    Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the March 14, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
         Clerk

s0723